The display will run through Sunday, and advertising guru Martin Lindstrom said that no matter what the short-term sales impact is, the buzz surrounding the campaign guaranteed long-term benefits for XOXO.

"Sex does not sell, but what sells is the controversy around it, and that's what is happening here," Lindstrom said. "XOXO has generated brand awareness." There's just one problem, he said: How to follow this up with an equally buzz-worthy campaign. Because "people will expect to be even more shocked next time."

tina.susman@latimes.com

**Los Angeles Times**  Copyright 2014 Los Angeles Times

Index by Keyword | Index by Date | Privacy Policy | Terms of Service

WWD.com/media-news/fashion-memopad/american-angel-6650480

January 23, 2013

# XOXO Taps Victoria's Secret Angel Erin Heatherton

By LORELEI MARFIL



**AMERICAN ANGEL:** Victoria's Secret Angel Erin Heatherton has become the face of the latest Hugs & Kisses XOXO spring campaign. The three images were photographed by Rocco Laspata of Laspata Decaro, the New York-based creative agency, and the campaign will break Feb. 5 online and in print, in the March issues of titles including Cosmopolitan and InStyle. The campaign, which launched in 1995 with Tyra Banks, continues its tradition of spotlighting supermodels. Former famous faces include Christy Turlington, Claudia Schiffer, Amber Valletta and Helena Christensen — all of whom appeared in the Nineties — while, more recently, Alessandra Ambrosio and Miranda Kerr have taken part in the campaigns.

"XOXO is renowned for working with iconic models, so to join the likes of Alessandra Ambrosio and Tyra Banks is very inspiring for me — and extremely surreal," said Heatherton.

Erin Heatherton in an ad for XOXO shot by Rocco Laspata.
*Photo By Courtesy Photo*

WWD    Copyright © 2014 Fairchild Fashion Media. All rights reserved.

*WWD.com*/media-news/fashion-memopad/hugs-from-lily-7050835

July 12, 2013

# Lily Aldridge the Face of New XOXO Campaign

By LISA LOCKWOOD



**HUGS FROM LILY:** Lily Aldridge is following in the footsteps of Tyra Banks, Christy Turlington, Helena Christensen, Amber Valletta, Claudia Schiffer and, most recently, Erin Heatherton as the face of the XOXO ad campaign. Laspata Decaro, the New York ad agency, created the "Hugs and Kisses XOXO" campaign in the early Nineties. The fall campaign, also developed by Laspata Decaro and photographed by Rocco Laspata in New York, features the 27-year-old Aldridge in various sexy outfits with the words "Hugs and Kisses XOXO, Lily Aldridge."

Ads will launch in the September issues of InStyle and Cosmopolitan. In addition, there will be digital, social and taxi TV ads supporting the campaign. The fall budget is up 20 percent versus a year ago, according to an XOXO spokeswoman.

A Victoria's Secret Angel, Aldridge also has her own apparel collection, called Lily Aldridge for Velvet.

Lily Aldridge in the XOXO ad campaign.
*Photo By Courtesy Photo*

WWD        Copyright © 2014 Fairchild Fashion Media. All rights reserved.





introducing
XOXO
LUV
the new fragrance for her

XOXO LUV
share the luv at xoxofragrance.com

OK! HOT STORY

## JUSTIN'S BIRTHDAY SURPRISE FOR JEN

**SHH! JUSTIN THEROUX** HAS BIG PLANS FOR JEN ANISTON'S BIRTHDAY CELEBRATION

Attention, gentlemen: Justin Theroux is making you look bad! Once again, he's outdoing himself making sure fiancée Jen Aniston has an outstanding birthday! Jen insisted on something low-key to celebrate turning 45 on Feb. 11. After all, the pair are about partied out: They threw a big holiday bash in Bel Air and took friends to Mexico for New Year's.

"But Justin said, 'It's your 45th! That's a milestone! I'm going to plan something special for you,'" a friend of the star confides.

Justin's surprise plan? A chill weekend with a small group of pals in the wine-making region of Paso Robles, about 200 miles north of LA, where Jen's favorite vino is made. The luxurious JUSTIN Vineyards & Winery, which has an inn and an award-winning destination restaurant on the property, will be the center of the event.

In addition to a special gourmet birthday dinner outdoors at the vineyard, Justin has come up with some group activities to keep their guests entertained over the long weekend, including horseback riding, spa treatments and of course, a tour of the vineyard and wine tasting. "That's what Jen likes," says the friend. "Everyone doing something fun together and enjoying each other's company."

*In August, Jen held Justin's 42nd birthday party at their home.*

*He threw her a party at L.A.'s Gladstones restaurant in 2012.*

### JEN'S BIG DAY: UP, UP AND AWAY?

Justin has floated a number of ideas about how to bring his fiancée and their friends from LA to wine country for the party weekend. "He looked into hot air balloons, but Paso is a little too far out for that," says the friend. "He also thought about a convertible limo, but thought that Jen would dismiss it as tacky." It's also too pricey for Jen and Justin to make his motorcycle up the coast, so a prop plane has been chartered. Says the pal: "They can ride a few who's and take in the beautiful scenery."

**A HORSE, OF COURSE** Justin's plan includes a group horseback ride.

2 FEBRUARY 17, 2014 OK!

Enter Symbols or Keywords  SEARCH

Latest News                                View All
12:53p Device maker, drug company plunge by double digits on weak earnings
12:50p Stock market live blog: S&P 500, Dow erase gains; iDreamSky jumps on debut

Trading Strategies, August 2014

Big stocks, big money
• Megacaps with mega followings
• Exxon Mobil still in play
• IPad exposes Apple risk
• You don't need a megamind to get it

| August 7, 2014 | | 12:11 PM EDT | DOW | -67.51 | NASDAQ | -11.77 | S&P 500 | -8.34 |
| New York | London | Tokyo | 16,375.83 | -0.41% | 4,343.28 | -0.27% | 1,911.90 | -0.43% |
| Open | Closed | Closed | | | | | | |

Home   News Viewer   Markets   Investing   Trading Deck   Personal Finance   Retirement   Economy       Log In      Portfolio  Watchlist  Alerts  Games
Industries

press release
July 16, 2014, 10:44 a.m. EDT

# Chrissy Teigen, Hot New Video For XOXO

Fall 2014 Campaign to Feature Famed Supermodel



## PR Newswire
A UBM plc company

NEW YORK, July 16, 2014 /PRNewswire/ -- The "It" girl on everyone's Twitter feed - Chrissy Teigen - has been named the new face of XOXO. Teigen will be featured in the brand's national ad campaign appearing in print, digital, OOH and in-store starting this August. The ad campaign features still images as well as a robust brand video developed by creative agency Work:Play Creative and photographed by Cathrine Westergaard at Milk Studios in NYC.

The video goes behind the scenes of the Fall campaign shoot, where Chrissy's famous spunk and persona truly shine. The video's soundtrack will be set to the song "Melt" by Polish synthpop band Kamp! Since releasing their first international single in 2011, Kamp!'s popularity has quickly spread to international fame, playing at global events such as SXSW, Great Escape and Exit Festival. The band describes their music as "warm, layered production, hit flavored melodies, hazy melancholic vocals and balearic vibe." – credit: Facebook.com

"I've been a longtime fan of XOXO, so when they approached me to be the face of their Fall campaign it seemed like a natural fit," Chrissy explained on-set

The Fall 2014 campaign is an evolution of the iconic "Hugs & Kisses XOXO" campaign which launched in the early 90's, featuring supermodel **Tyra Banks** and has included legendary supermodels **Christy Turlington (1996), Amber Valetta (1997), Claudia Schiffer (1998), Alessandra Ambrosio (2006), and Miranda Kerr (2009). Erin Heatherton (2013) and Lily Aldridge (2014)** have also graced the campaign over the more recent years, establishing a long-standing tradition featuring fashions most famous faces With a reputation for making runway inspired designs affordable and accessible, XOXO continues to be the leading juniors brand for retailers. The national advertising campaign will launch in August in the September issues of Cosmopolitan and People StyleWatch. In addition, there will be digital, social and OOH advertising supporting the campaign. Behind-the-scenes video and additional creative will be available on the newly launched XOXO.com in late July.

ABOUT XOXO
XOXO is a contemporary fashion brand that features straight off-the-runway designs that are smart and sexy for the fashion-forward female. It's a true quality "in-the-mix" lifestyle brand that embodies on-trend style that finds the right balance of 9-5 career appeal and 6-9 sexiness. For additional information on XOXO, visit www.xoxo.com or Facebook.com/XOXO

Media Contact
Sara Shaffer
Sara.Shaffer@Kellwood.com
212-515-2786
Photo - http://photos.prnewswire.com/prnh/20140716/127590
SOURCE XOXO
Copyright (C) 2014 PR Newswire. All rights reserved





A COCKTAIL OF COMMENTARY
A sophisticated spin on what's hot in media, entertainment, celebrity and the arts.
SPEAKEASY   READ NOW

**Most Popular**


Don't get credit cards from these 5 stores


HOWARD GOLD'S NO-NONSENSE INVESTING
This market expert sees big upside for stocks


5 things not to buy at drugstores (including drugs)


THE WALL STREET JOURNAL
Russia issues sanctions of its own against West


4 ways you may be unknowingly hurting your credit

**Partner Center »**          Find a Broker


Trade free for 60 days with TD Ameritrade




Get 150 free trades at OptionsHouse

## Featured Stories


3 reasons why stock buybacks are booming


Lost gin of Germany's Black Forest is coming to the U.S.


The home-equity line crisis might not be as bad as some fear

5 least — and most — affordable housing markets

**Hawaiians spend the least outside of necessities like food and shelter**
Hawaiians spent the least outside of the necessities, defined as food and beverages, gasoline, housing and...

### Sponsored Results

- 2014 Luxury Sedans
- 2014 Crossover SUVs
- Best Dividend Paying Stocks
- 10 Best Dividend Stocks
- Dividend Stocks To Buy

- Stocks To Trade
- Best CD Rates
- 10 Best Mutual Funds
- Top 5 Stocks To Buy
- Hot Penny Stocks To Buy

### Content From Sponsors [?]


**How Wealthy People Use Credit Cards To Their Advantage**
NextAdvisor Daily


**3 Things That Won't Improve Your Credit Score**
Lexington Law



**With A Net Worth Of $2 Trillion In 2.5 Years, This "Uber For Investing" Startup Is Unprecedented**
BuzzFeed



### Suggested Stories
Facebook acquires network-security firm PrivateCore
Exporting luxury cars is lucrative, legally questionable
Draghi unperturbable, but clock ticks toward QE
Fed looms as major factor in Treasury borrowing outlook
Blackstone, KKR, TPG to pay combined $325 mln to settle 'club deals' suit
500-year plan for children, grandchildren and the world

### Content from our Sponsors
What's this?

4 Stupid Investment Mistakes Nearly Everyone Makes (E*TRADE)

How Most People Miss Their Chance to Be Wealthy (Moneyning.com)

4 Ways to Invest in your Retirement. (PENSCO Trust)

Dollar at lower 102 yen as risk-off mood remains through GPIF spike (Nikkei Asian Review)

Japan trade deficits may end yen's August rise versus dollar (Nikkei Asian Review)

Will Years I Don't Work Lower My Social Security Benefit? (AARP)



## Video »


**Wall Street Awaits Factory Orders and ISM Services Data**


**A New Show for Princess Superstar**


**Why LSB Industries Could Double**


**Barron's Buzz: Is the Box Office in Freefall?**

---

**MarketWatch.com**

Enter Symbols or Keywords [SEARCH]

| | | | | |
|---|---|---|---|---|
| Site Index | Company Info | MarketWatch on Facebook | WSJ.com | Financial News Online |
| Topics | Code of Conduct | Like 470k | Barron's Online | WSJ.com Small Business |
| Help | Corrections | MarketWatch on Twitter | BigCharts | |
| Feedback | Advertising Media Kit | Follow 1.0M followers | Virtual Stock Exchange | |
| Newsroom Roster | Advertise Locally | | | |
| Media Archive | License our Content | RSS | | |
| Premium Products | Broker Center | Podcasts | | |
| Mobile | Your Ad Choices | | | |

Copyright © 2014 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service, Privacy Policy, and Cookie Policy

Intraday Data provided by SIX Financial Information and subject to terms of use. Historical and current end-of-day data provided by SIX Financial Information. Intraday data delayed per exchange requirements. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. All quotes are in local exchange time. Real time last sale data provided by NASDAQ. More information on NASDAQ traded symbols and their current financial status. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. SEHK intraday data is provided by SIX Financial Information and is at least 60-minutes delayed. All quotes are in local exchange time.